**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE-OPELOUSAS DIVISION**

**TRISTAN DAINE THIBODEAUX**          **CIVIL ACTION NO. 10-34**

**VERSUS**                            **JUDGE DOHERTY**

**THE CITY OF EUNICE, ET AL**          **MAGISTRATE JUDGE HANNA**

*RULE 7(a) HEIGHTENED PLEADING REVIEW*

In this §1983 civil rights suit, plaintiff  has sued defendants Gary Fontenot,

Michael Perry, Micah Arceneaux, Jeremy Ivory, and Johannes Heinen in their official and

individual capacities.  In their answers, defendants plead qualified immunity.  The

undersigned has therefore conducted an evaluation of plaintiffs complaint to determine

whether it meets the applicable heightened pleading requirement.  *See* <u>Schultea v. Wood</u>,

47 F.3d 1427, (5th Cir. 1995); <u>Baker v. Putnal</u>, 75 F.3d 190, 195 (5th Cir. 1996).

After review, the undersigned concludes plaintiffs have "supported [their] claims

with sufficient precision and factual specificity to raise a genuine issue as to the illegality

of defendants' conduct at the time of the alleged acts."  <u>Schultea</u>, 47 F.3d at 1434.

Although the court may later determine the facts in favor of defendants, the sole issue

presented here is whether plaintiffs have satisfied the heightened pleading requirement of

<u>Shultea</u>, which the undersigned concludes they have.  Thus, no order limiting discovery

under Schultea is appropriate.

Signed at Lafayette, Louisiana on this 20th day of August, 2010.

Patrick J. Hanna
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)